AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

EDWARD SHANE LUCAS,

    Plaintiff,

v.

RYAN MULCAHY,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:24-cv-006

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 29, 2025, Defendant's motion for summary judgment is granted, and Plaintiff's motion for summary judgment is denied. There being no claims remaining, this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date April 29, 2025

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020